Allen Ray BISHOP, Appellant,

v.

SEBASTIAN COUNTY DETENTION CENTER; Travis Buchanan, Deputy; Sheridan Douglas, Deputy; Mark Fisher, Deputy; Frank Atkinson, Sheriff, Appellees.

No. 01–2134.

United States Court of Appeals, Eighth Circuit.

Submitted Sept. 7, 2001.

Filed Sept. 17, 2001.

Before WOLLMAN, Chief Judge, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.

PER CURIAM.

Allen Ray Bishop, a former detainee of the Sebastian County Detention Center,

appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 conditions-of-confinement complaint. Having carefully reviewed the record and the parties' briefs, we agree with the district court that Bishop's allegations do not rise to the level of constitutional violations.

Accordingly, we affirm the judgment of the district court. *See* 8th Cir. R. 47B.

1. The Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).